```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDWARD VINCENT SCHLAEFLI
 7

 8
```

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-cr-00365 MCE
                                     )
14                 Plaintiff,        )
                                     )  STIPULATION AND ORDER CONTINUING
15       v.                          )  CASE AND EXCLUDING TIME
                                     )
16  EDWARD VINCENT SCHLAEFLI,        )
                                     )  Date:  October 2, 2008
17                 Defendant.        )  Time:  9:00 a.m.
                                     )  Judge: Hon. Morrison C. England, Jr.
18  _____  )

19       **IT IS HEREBY STIPULATED** by and among Special Assistant United

20  States Attorney Ellen Endrizzi, counsel for Plaintiff, Assistant

21  Federal Defender Jeffrey L. Staniels, counsel for Defendant EDWARD

22  VINCENT SCHLAEFLI, that the above case be dropped from this court's

23  October 2, 2008, calendar, that it be continued until October 29, 2008,

24  at 9:00 a.m., and that time be excluded between October 2, 2008 and

25  October 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

26  Local Code T-4.

27       This continuance is sought in order to permit further time for

28  review of the case, for further discussions of possible resolution of

1  the case and for further consultation with Mr. Schlaefli about proposed
2  terms of such a resolution.
3      **IT IS SO STIPULATED**.

5  Dated:  October 1, 2008          /s/ Ellen Endrizzi
                                    ELLEN ENDRIZZI
6                                   Assistant United States Attorney
                                    Counsel for Plaintiff

8  Dated:  October 1, 2008          /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
9                                   Assistant Federal Defender
10                                  Counsel for Defendant
                                    EDWARD VINCENT SCHLAEFLI

14                          **O R D E R**

16      **IT IS SO ORDERED**.

17   Dated: October 2, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2